UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 28, 2001

MEMORANDUM TO COUNSEL RE:   H. Mark Hamlet v.
Town of St. Michaels, et al.
Civil #L-00-3173

Dear Counsel:

I thank counsel for your letters. The request for deposition hours in Ms. Crosswhite's February 14, 2001, letter is approved; proceed directly to discovery.

Since defense counsel do not consent to early mediation, I will not refer this case to a United States Magistrate Judge.

A new trial date of October 29, 2001, has been set in light of Ms. Crosswhite's conflict.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file