IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

H. MARK HAMLET, et al :
:
v. : CIVIL NO. 1-00-3173
:
TOWN OF ST. MICHAELS, et al :

ORDER

After reviewing the docket, it is apparent that there are two outstanding motions for which the Court never formally issued a ruling. Accordingly, the Court will hereby:

(1) GRANT Plaintiffs' Motion for Leave to File an Amended Complaint; and

(2) GRANT Plaintiffs' Request that his Response to Defendants' Motion to Dismiss be deemed as timely filed.

It is so ORDERED this 17 day of April, 2001.

_____
Benson Everett Legg
United States District Judge