UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 3, 2001

MEMORANDUM TO COUNSEL RE:   <u>H. Mark Hamlet, et al. v. Town of St. Michaels, et al.</u>
Civil No. L-00-3173

Dear Counsel:

I have received the parties' Stipulation and Consent Order to stay the case pending finalization of settlement. I will hereby STAY the case. On or before July 23, 2001, the parties shall submit a status report that (i) indicates when they anticipate the settlement will be complete; and (ii) includes a deadline to resume discovery in the case, should the settlement fail.

Despite the informal nature of this Memorandum, it shall be constituted as an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file

