IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

H. MARK HAMLET, et al.,

    Plaintiffs

v.      *    Civil Action No.: L-00-3173

TOWN OF ST. MICHAELS, et al.,    *

    Defendants.    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Now come Plaintiffs H. Mark Hamlet and Tracy Hamlet, individually and as Parents and Next Friends of Taylor Hamlet, and Defendants Town of St. Michaels and The Chesapeake Bay Maritime Museum, Inc., by their respective counsel, and, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to dismiss this action with prejudice.

*CLERK IS TO CLOSE THE CASE*

_____
H. Mark Hamlet, Individually, and as
Parent and Next Friend of Taylor Hamlet,
a Minor
515 Van Dorn Court
Wilmington, North Carolina 28412
(910) 397-9324
Plaintiff

_____
Tracy H. Hamlet, Individually, and as
Parent and Next Friend of Taylor Hamlet,
a Minor
515 Van Dorn Court
Wilmington, North Carolina 28412
(910) 397-9324
Plaintiff

_____
Kristine A. Crosswhite
Trial Bar No. 01771
Crosswhite, McKenna, Limbrick & Sinclair, LLP
Mt. Washington Mill
1340 Smith Avenue, Suite 200
Baltimore, Maryland 21209
Counsel for Defendant
The Chesapeake Bay Maritime Museum

_____
Christine T. Altemus
Trial Bar No. 10218
7172 Columbia Gateway Drive
Suite E
Columbia, Maryland 21046
(410) 312-0880
Counsel for Defendant
Town of St. Michaels

APPROVED THIS _4TH_ DAY OF _Sept. 2001_

_____
BENSON EVERETT LEGG, U.S.D.J.